No. 71–6067.   DIGGS *v.* BENJAMIN FRANKLIN UNIVERSITY.   Appeal from Ct. App. D. C. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–6082.   RENER *v.* BETO, CORRECTIONS DIRECTOR.   Appeal from C. A. 5th Cir.   Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.   Appeal dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 70–44.   ROTHSTEIN *v.* LUTHERAN SOCIAL SERVICES OF WISCONSIN AND UPPER MICHIGAN.   Appeal from Sup. Ct. Wis.   Motion to strike appellant's supplemental brief denied.   Judgment vacated and case remanded for further consideration in light of *Stanley* v. *Illinois, ante,* p. 645, and with due consideration for the completion of adoption proceedings and the fact that the child has apparently lived with the adoptive family for the intervening period of time.

No. 71–9.   LUNG ET AL. *v.* JONES ET AL.   Appeal from D. C. N. M.   Judgment vacated and case remanded for further consideration in light of *Lynch* v. *Household Finance Corp., ante,* p. 538.

No. 70–123.   VANDERLAAN *v.* VANDERLAAN.   App. Ct. Ill., 1st Dist.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stanley* v. *Illinois, ante,* p. 645.